Appeals for the Fifth Circuit denied. *Mr. Oliver J. Todd* for petitioners in No. 76. *Mr. J. J. Collins* for petitioner in No. 77. *Messrs. Beeman Strong, Will E. Orgain*, and *Thomas B. Greenwood* for respondent. Reported below: 87 F. (2d) 572, 577.

No. 78. GRADY *v.* GARLAND ET AL. October 11, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Elisha Hanson* and *Eliot C. Lovett* for petitioner. *Mr. Randolph M. Garland* for respondents.

No. 79. REINHARTS, INC. *v.* CATERPILLAR TRACTOR CO. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. George L. Wilkinson, Charles L. Byron*, and *Alfred Sutro* for petitioner. *Mr. Charles M. Fryer* for respondent.

No. 80. CITIZENS WATER CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. LaMonte Cowles* and *Preston B. Kavanagh* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris*, and *Messrs. Sewall Key* and *F. E. Youngman* for respondent.

No. 81. BONWIT *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur B. Hyman* for peti-